SP
F. #2025R00217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

IMAM NAKHMATULLAEV,                                25-CR-203 (RPK) (JRC)
SVJATOSLAV JAKOVLEV,
ERIK JUERGENS,
    also known as "Erik Jurgens,"
JAAN JUERGENS,
    also known as "Jaan Jurgens,"
ILJA KARUNAS,
JURI KARUNAS,
JASON ONOUFRIENKO,
RENEK TIKU,
VLADISLAV TURASKIN,
KEVIN VALDHANS, and
VJATSESLAV ZOGOLEV,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Sara E. Porter from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Trial Attorney Sara E. Porter
        U.S. Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue NW
        Washington, D.C. 20005
        Tel: (202) 257-6778
        Email: sara.porter@usdoj.gov

In addition, the Clerk of Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Sara E. Porter at the email address set forth above.

Dated:   October 3, 2025

                                        Respectfully submitted,

                                        LORINDA LARYEA
                                        Acting Chief, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice

                             By:   /s/ Sara E. Porter
                                        Sara E. Porter
                                        Trial Attorney
                                        U.S. Department of Justice

cc:   Clerk of the Court